UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

2009 MAY 28  AM 10: 4

IN RE:                                                        CASE NO:   00-04433

PETOSKEY MANUFACTURING COMPANY
_____/

NOTICE OF UNCLAIMED DIVIDENDS

TO THE CLERK OF THE COURT:

      The attached check in the amount of $4,106.70 represents the total sum of unclaimed dividends in this estate and is paid to the Court pursuant to 11 USCC 347(a) . I have checked the current matrix of creditors on file with the Clerk of the Court and find no change of address for the creditor(s) listed below.

The name(s) and last known address(es) of the creditors(s) entitled to these unclaimed dividends is (are) as follows:

| Creditor Name | Last Known Address | Claim # | Amt. Dividend |
|---|---|---|---|
| Grand Rapids Alloys | 392 54th Ste. SW<br>Grand Rapids, MI 49508 | 2 | $1111.61  001A |
| Staffpro Inc. | 43902 Woodward Ave., Ste 120<br>Bloomfield Hills, MI 48302 | 11 | $ 121.68  002A |
| Barcodes Inc | 1131 West Sheridan Rd<br>Chicago, IL 60660 | 18 | $ 17.96  013B |
| Peninsula Business Forms | 409 West Main St., PO Box 457<br>Kingsley, MI 49649 | 21 | $ 14.08  014B |
| Wordwide Marketing of Real Estate | 89 Foley Creek Circle<br>Jamesville, WI 53545 | 23 | $ 25.24  003A |
| Erik J. Stone Esq. | 39560 Woodward<br>Bloomfield Hills, MI 48304 | 24 | $ 28.13  004A |
| Mackie Automotive Systems | 3800 E. Ave. E.<br>Arlington, TX 76011 | 31 | $ 32.54  005A |

| Creditor | Address | # | Amount | Ref |
|---|---|---|---|---|
| OKIG of Petoskey | PO Box 2167<br>Grand Rapids, MI 49501 | 42 | $ 23.75 | 018B ~~006A~~ |
| Staffpro Inc. | 43902 Woodward Ave., Ste. 120<br>Bloomfield Hills, MI 48302 | 47 | $ 121.68 | 007A |
| Agritek | 155 Manufacturers Dr.<br>Holland, MI 49425 | 51 | $ 233.12 | 008A |
| Peninsula Business Forms | 409 West Main St., PO Box 457<br>Kingsley, MI 49649 | 54 | $ 10.87 | 015B |
| Interim Personnel | Dept 5255, PO Box 70497<br>Chicago, IL 60673 | 58 | $ 563.46 | 009A |
| Cross Wrock PC | Richard Sundquist<br>500 Woodward Ave Ste 3500<br>Detroit, MI 48226 | 59 | $ 24.21 | 016B |
| Flynn & Associates Inc. | 1130 Tienken Court<br>Rochester Hills, MI 48306 | 60 | $1084.73 | 010A |
| Keystone Plastics | 6352 East Fulton<br>Ada, MI 49301 | 61 | $ 681.79 | 011A |
| E&R Industrial Sales | Dept 77403, PO Box 77000<br>Detroit, MI 48277 | 66 | $ 11.85 | 017B |

Dated: 5/26/09

James W. Boyd, Trustee

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN
GRAND RAPIDS DIVISION

# 236670 — KD
May 28, 2009
13:52:22

UNCLAIMED FUNDS
00-04433
Debtor.: PETOSKEY MANUFACTURING COMPANY
Judge..: Jeffery R. Hughes
Trustee: JAMES BOYD
Amount.: $4,106.70 CH
Check#.: 378

Total—> $4,106.70

FROM: JAMES BOYD